DANIEL WINDSOR,

      Appellant,

v.

MARTIN HASEK, individually;
SANDRA HASEK, individually;
YNSAR, LLC, a Florida limited
liability company, d/b/a DOCK
HOPPERS WATERFRONT BAR
AND GRILL; and NORTH
LAGOON PARTNERS, INC., a
Florida corporation,

      Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3701

Opinion filed April 9, 2015.

An appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Albert J. Stopka, III, Lynn Haven, for Appellant.

Clifford W. Sanborn, Panama City, Albert C. Penson of Penson & Padgett,
Tallahassee, for Appellees.


PER CURIAM.

     AFFIRMED.

THOMAS and WETHERELL, JJ., and SOUD, ADRIAN G., ASSOCIATE
JUDGE, CONCUR.